IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 29 2016

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTINE DAVIS and<br>TROY SHRAMEK,<br><br>        Defendants. | 8:15CV404<br><br>ORDER TO SEAL FILE<br><br>**SEALED** |

This matter comes before this Court on the Motion to Seal File in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment.

IT IS HEREBY ORDERED that the Clerk of the District Court shall temporarily seal the Motion to Seal and all further filings in this action until the service of the Writ of Garnishment in this action at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk of the District Court will serve a copy of this order and the Order to Issue Writ of Garnishment on the United States of America.

Dated this 29th day of September, 2016.

BY THE COURT:

THOMAS D. THALKEN
U.S. Magistrate Judge