SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 29 2016

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE DAVIS and<br>TROY SHRAMEK,<br><br>Defendants,<br><br>And<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Garnishee. | 8:15CV404 |

## ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Navy Federal Credit Union, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Navy Federal Credit Union, 3604 Twin Creek Drive, Suite 106, Bellevue, NE 68123.

DATED this 29th day of September, 2016.

BY THE COURT:

THOMAS D. THALKEN
U.S. Magistrate Judge