# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHRISTINE DAVIS,<br><br>   Defendant.,<br><br> and<br><br>PACIFIC FAMILY VISION,<br><br>   Garnishee. | 8:15CV404<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

This matter comes before the Court on the Application For Writ of Continuing Garnishment (Filing No. 37) filed by the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Pacific Family Vision, the garnishee. For good cause shown, the Court will grant the application and order the Clerk of the Court to issue a writ of continuing garnishment.

**IT IS ORDERED** that the Clerk of the Court shall issue a writ of continuing garnishment against Pacific Family Vision, at the address 15655 Pacific Street, Suite 101, Omaha, NE 68118.

**Dated: May 17, 2017.**

                BY THE COURT:

                s/ F.A. Gossett, III
                **United States Magistrate Judge**